```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-80871-CIV-ZLOCH
```

JEAN TESMA,

       Plaintiff,

vs.                         **FINAL ORDER OF DISMISSAL**

MADDOX-JONES, INC. d/b/a A PRIME
MANAGEMENT GROUP, INC.

       Defendants.
_____/

    THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    In its prior Order (DE 3) the Court ordered Plaintiff to "file a statement of the claim setting forth the amount of alleged unpaid wages, the means of calculating such wages, and the nature of said wages (including but not limited to overtime or regular wages) with the Clerk of this Court, within twenty days of this Order."  DE 3.  A careful review of the file herein reveals that Plaintiffs have failed to file said statement of the claim in response to the aforementioned Order (DE 5).  Plaintiff previously struck a filing that purported to be her Statement of the Claim.  See DE 5.  Further, in its prior Order the Court notified Plaintiffs that failure to comply with the

terms and conditions of the aforementioned Order (DE 3) may result in dismissal of the above-styled cause without further notice or hearing.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

2. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of September, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record